## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **PERCY BADY**, | |
| **Plaintiff,** | **Case No.** |
| **v.** | |
| **TRIBL RECORDS, LLC**, a Georgia Domestic Limited Liability Company, **TODD GALBERTH, DONTAVIOUS LADSON**, **BRANDON JOHN PEAVY, NAOMI RAINE, BLAKE MILTON, MUSIC SERVICES, INC.,** a Tennessee For-Profit Corporation, **d/b/a PEAVY MUSIC 4U, and BC PRODUCT PUBLISHING,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## COMPLAINT

COMES NOW, Plaintiff Percy Bady ("Plaintiff"), through his attorney, James L. Walker, Jr. of Walker & Associates, bringing this action against Defendants TRIBL Records, LLC, Todd Galberth, Dontavious Ladson, Brandon John Peavy, Naomi Raine, Blake Milton, Music Services, Inc. d/b/a/ Peavy Music 4U, and BC Product Publishing (collectively "Defendants"), and showing the Court as follows:

## NATURE OF THE ACTION

This is action for copyright infringement brought, pursuant to 17 U.S.C. §§101 et seq, is based upon Defendants' unauthorized exploitation of Plaintiff's music composition "*I'm Free*" in infringing recordings and performances of a song

1

entitled "*Fill the Room*."

## PARTIES

1.      Plaintiff is an individual citizen and resident of the State of Texas.

2.      Defendant TRIBL Records, LLC ("TRIBL") is a Limited Liability Corporation formed under the laws of the State of Georgia, with its principal place of business in Decatur, Georgia.

3.      Upon information and belief, Defendant Todd Galberth ("Galberth") is an individual citizen and resident of the State of Georgia. Galberth is a performing artist signed to TRIBL. Galberth does business within this district.

4.      Upon information and belief, Defendant Dontavious Ladson ("Ladson") is an individual citizen and resident of the State of South Carolina. Ladson is a music producer who does business within this district.

5.      Upon information and belief, Defendant Naomi Raine ("Raine") is an individual citizen and resident of the State of New York. Raine is a songwriter and performing artist signed to TRIBL. Raine does business within this district.

6.      Upon information and belief, Defendant Brandon John Peavy ("Peavy") is an individual citizen and resident of the State of California. Peavy, whose professional alias is "BrvndonP," is a drummer, songwriter, producer, and performing artist. Peavy does business within this district.

7.      Upon information and belief, Defendant Blake Milton ("Milton"), is an

individual citizen and resident of the State of California. Milton is a songwriter who does business within this district.

8.     Upon information and belief, Defendant Music Services, Inc. ("MSI") is a Tennessee for-profit corporation having its principal place of business in Nashville, Tennessee. Upon information and belief, MSI, doing business as "Peavy Music 4U," serves as music publisher for Peavy and Milton and as such it does business within this district.

9.     Defendant BC Product Publishing ("BCPP") is an entity of yet unknown form and state origin. Upon information and belief, BCPP is a publishing designee for Defendant Peavy and as such, it does business within this district.

## **<u>JURISDICTION</u>**

10.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1338(a), because the controversy arises under the Copyright Act (17 U.S.C. 101 et seq.), which is within the exclusive jurisdiction of federal courts.

11.     Venue is proper in this district, pursuant to 28 U.S.C. §1391(b)(2), because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district.

12.     The Court has personal jurisdiction over Defendant TRIBL which is a citizen of the State of Georgia maintaining its principal place of business in Dekalb

County within the district.

13.    The Court has personal jurisdiction over Defendants Galberth and Raine, by virtue of their substantial and continuing relationship with this forum due to their business dealings with their record label TRIBL and performances within this district.

14.    The Court has personal jurisdiction over Defendants Ladson, Raine, Peavy, Milton, MSI, and BCPP by virtue of their doing business with TRIBL and otherwise within the district, particularly with respect to their business dealings to enable and exploit Galberth's recordings of *Fill the Room*.

## FACTUAL ALLEGATIONS

### *I'm Free*, the Original Work

15.    Plaintiff is an award-winning songwriter, producer, musician, and performing artist. Plaintiff is the sole composer and copyright owner of *I'm Free*, the original music composition at issue in this action, which he wrote in 1987.

16.    The copyright registration number for the *I'm Free* composition is PA 2-519-436. A true and correct copy of the certificate of registration issued by the Copyright Office is attached hereto as **Exhibit A**.

17.    Plaintiff authorized the first recording of *I'm Free* by Rev. Milton Brunson & the Thompson Community Singers for their "*Available to You*" album, which was released in or about November 1988. That initial recording is available

4

for listening on YouTube.com at I'm Free · Rev. Milton Brunson & the TCS, courtesy of Curb Records.

18.     The core lyrics of *I'm Free* are sung as both the verse and the chorus to the same melody, with some repetition of the phrases "Praise the Lord, Hallelujah I'm free" and "I'm free." They are as follows:

> I am free. Praise the Lord, I'm free.
>
> No longer bound. No more chains holding me.
>
> My soul is resting. It's just a blessing.
>
> Praise the Lord, Hallelujah I'm free.

19.     In the years since the initial release, Plaintiff has enjoyed significant economic gain from the distribution and exploitation of *I'm Free*, which has been covered (i.e. re-recorded) many times. *I'm Free* has become a gospel classic. As is typical for gospel songs, recording artists who have covered the song have included their own ad libs and/or spontaneous words of praise to accentuate the song's message, but the covers of the song were otherwise sung as the song was written.

### *Fill the Room* Composition

20.     Upon information and belief, Defendants Peavy, Raine, and Milton co-wrote the *Fill the Room* composition, and they claim equal shares in a two-thirds (66%) share of the right, title, and interest to the composition.

21.     Upon information and belief, MSI d/b/a Peavy Music 4U and BC

Product Publishing claim equal shares in a one-third (33%) share of the right, title, and interest to the *Fill the Room* composition co-written by Defendants Peavy, Raine, and Milton.

22.    For those portions that do not copy *I'm Free*, the structure of the *Fill the Room* composition is as follows: verse, chorus, verse repeat, second chorus, bridge, third chorus, vamp, and final chorus.

### *Fill the Room*, Peavy initial recording

23.    In or around October 2021, Defendant Peavy released an album entitled *Lifeline*, which included his recorded performance *Fill the Room (BrvndonP feat. Kristal Stallworth-Little)*. This track is available for listening on YouTube.com at [Fill the Room (feat. Kristal Stallworth-Little) · BrvndonP · Kristal Stallworth-Little](), courtesy of EMPIRE Distribution.

24.    Following the final chorus, the outro for the *Fill the Room (BrvndonP feat. Kristal Stallworth-Little)* incorporates *I'm Free* such that beginning at approximately the 4:49 mark the track ends with:

> I am free. Praise the Lord, I'm free.
>
> No more chains holding me.
>
> I'm free. Praise the Lord, I'm free.
>
> Oh, no, no, no
>
> I'm free. Praise the Lord, I'm free.

Yeah let freedom fill the room.

**_Fill the Room_, Todd Galberth recordings**

25.    Upon information and belief, Defendants Galberth and Ladson co-produced *Fill the Room* as performed by Galberth for release by TRIBL.

26.    Defendant Galberth's performances of *Fill the Room* tend to omit the bridge and the vamp that can be heard in Peavy's *Fill the Room (BrvndonP feat. Kristal Stallworth-Little)*, in favor of going back and forth, multiple times, between the verses and choruses of *Fill the Room* and the verse/chorus of *I'm Free*. That restructuring essentially results in a mashup of the two songs.

27.    Defendant Galberth re-recorded *Fill the Room* for his album entitled *Encounter*, which TRIBL released and distributed in or around October 2022. TRIBL promoted Galberth's *Encounter* Album on its website. The latter website includes links to listen to snippets of the album tracks, including Galberth's two separate re-recordings entitled *Fill the Room (feat. Taylor Butler)* and *Fill the Room: Moment* Talberth's performance of *Fill the Room* on both tracks incorporates *I'm Free*. Even after Defendants TRIBL and Galberth were notified repeatedly, Spotify, Amazon Music, and Deezer, among potential others, still show the tracks as having been released with the album.

28.    TRIBL provides links to iTunes Store, Apple Music, Spotify, Deezer, Amazon Music, Tidal, and Soundcloud, and it encourages users to choose their

preferred music service to download, buy, or play tracks from the album, including *Fill the Room (feat. Taylor Butler)* and *Fill the Room: Moment*.

29.     In or about November 2022, TRIBL released the official music video for *Fill the Room (feat. Taylor Butler)* to promote the song and the *Encounter* album. The official music video was available for viewing, among other places, on TRIBL's YouTube channel, which had 3.14 million subscribers as of May 8, 2025, using this link: TRIBL - Fill The Room (feat. Taylor Butler) | Todd Galberth. That video had 1,289,766 views as of May 8, 2025.

30.     The recording of Galberth's album release concert for *Encounter*, which included performance of *Fill the Room (feat. Taylor Butler)* at approximately 24:50, is posted to YouTube.com at Todd Galberth // Encounter - Album Release Concert. This recording had 114,100 views as of May 8, 2025.

31.     Galberth has also performed *Fill the Room* live in numerous venues throughout the country, and some such performances have been recorded and posted to YouTube.com. Galberth's recorded live performance at Warehouse Worship in Birmingham, AL, for example, had 31,370 views as of May 8, 2025: Fill the Room - Todd Galberth at Warehouse Worship Birmingham.

32.     Since TRIBL's release of *Fill the Room (feat. Taylor Butler)* and *Fill the Room: Moment*, Defendant Peavy has publicly performed, recorded, and distributed *Fill the Room* with expanded incorporation of *I'm Free* well beyond the

outro, mimicking the mashup-like structure as co-produced by Galbert and Ladson and performed by Galberth. One such performance is available for viewing on Peavy's YouTube channel, which had 48.4 thousand subscribers as of May 8, 2025, using this link: The Way They Flipped "Fill The Room" is Crazy!! (Live at Anthem Nights); that video had 140k views as of May 8, 2025. Another, with Peavy on drums performing with the same artists, is available for viewing on Peavy's YouTube channel at: "Fill the Room/Praise The Lord, I'm Free" went up AGAIN!! || Brandon, Sean Dodson, Ashlee Young; this video had 40,618 views as of May 8, 2025.

33.    As a result of Defendants' conduct, there have been numerous other performances and recorded covers of *Fill the Room*, worldwide, which also substantially incorporate *I'm Free*. Videos of such performances are posted online, amassing voluminous views of the collection of infringing works Defendants have spawned.

34.    Defendants knew or should have known that Plaintiff wrote *I'm Free*. Yet, Defendants did not contact Plaintiff to obtain a license prior to their unauthorized use and exploitation of *I'm Free*, and, after being asked to publicly take the song down and explain the correct ownership, Galberth refused to cooperate or meet collectively with Plaintiff in an online forum and fix the infringement.

**COUNT 1**

**COPYRIGHT INFRINGEMENT (28 U.S.C. § 501(a))**

9

(Against All Defendants)

35.    Plaintiff re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as if fully set forth herein.

36.    Plaintiff is the sole owner of the copyright in his original work, *I'm Free*.

37.    Defendants collectively have directly and/or indirectly created several infringing derivative works which have been copied, distributed, and publicly performed well over a million times, based on just the YouTube.com viewing counts for posted videos alone.

38.    Defendants Raine, Peavy, and Milton infringed Plaintiff's copyright in *I'm Free*, directly and/or indirectly, by, among other things, incorporating the chorus/verse of *I'm Free* into the *Fill the Room* composition to create a derivative work of *I'm Free* without permission from Plaintiff; and by subsequently agreeing to and enabling the use of their *Fill the Room* composition by Defendants Galberth, Ladson, and TRIBL for Galberth's *Encounter* album.

39.    Defendant Peavy also infringed Plaintiff's copyright in *I'm Free*, directly and/or indirectly, by, among other things, performing and recording the *Fill the Room* composition to create further infringing derivative works which include the *Fill the Room (BrvndonP feat. Kristal Stallworth-Little)*, *The Way They Flipped "Fill The Room" is Crazy!! (Live at Anthem Nights)*, and *Fill the Room/Praise The*

*Lord, I'm Free || Brvndon, Sean Dodson, Ashlee Young* recorded performances.

40.    Upon information and belief, Defendants BCPP and MSI d/b/a Peavy Music 4U infringed Plaintiff's copyright in *I'm Free*, directly and/or indirectly, by, among other things, facilitating the exploitation of the infringing *Fill the Room* composition, agreeing to and enabling its use by Defendants Galberth, Ladson, and TRIBL for Galberth's *Encounter* album, and by exploiting Peavy's various recorded performances of *Fill the Room*.

41.    Defendants Galberth and Ladson infringed Plaintiff's copyright in *I'm Free*, directly and/or indirectly, by, among other things, expanding the use of *I'm Free* in their co-production of Galberth's recorded performances of the infringing *Fill the Room* composition to create further derivative works—the sound recordings *Fill the Room (feat. Taylor Butler)* and *Fill the Room: Moment*—for release on Galberth's *Encounter* album.

42.    Defendant Galberth also infringed Plaintiff's copyright in *I'm Free*, directly and/or indirectly, by performing it, in whole and in part, as part of *Fill the Room (feat. Taylor Butler)* and *Fill the Room: Moment* for release on Galberth's *Encounter* album, and by performing it, in whole and in part, in live and recorded performances separate and apart from the album recordings.

43.    Defendant TRIBL infringed Plaintiff's copyright in *I'm Free*, directly and/or indirectly, by, among other things, contracting with the other Defendants to

enable use of the infringing *Fill the Room* composition to create further derivative works—the sound recordings *Fill the Room (feat. Taylor Butler)* and *Fill the Room: Moment*—for release on Galberth's *Encounter* album, and thereafter by distributing and promoting the sale and digital performance of *Fill the Room (feat. Taylor Butler)* and *Fill the Room: Moment*, which entailed copying, distributing, and publicly performing Plaintiff's copyrighted original work.

44.    Defendants have wrongfully profited from their infringing conduct, including, but not limited to, by receipt of music royalties, sales revenues, and proceeds from monetization of YouTube.com videos.

45.    Plaintiff has incurred actual damages from loss of music royalties and licensing fees that would have been due, as a result of Defendants' use of his copyrighted original work.

46.    Defendants' infringement was willful, in that they knew or should have known that Plaintiff's prior authorization was required for their exploitation of the copyright in *I'm Free* and yet they failed to seek permission. In addition, Defendants persisted in their infringing conduct even after notice.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays for relief as follows:

1) An award of actual damages incurred, jointly and severally against Defendants, and for disgorgement of Defendants' profits, according to proof

as provided by 17 U.S.C. § 504(b); or, at Plaintiff's election, pursuant to 17 U.S.C. § 504(c)(1), an award of statutory damages for all infringements involved in the action, in an amount, per infringement, as deemed just under the circumstances, and increased statutory damages, pursuant to 17 U.S.C. § 504(c)(2), based upon the showing of Defendants' willfulness;

2) Injunctive relief enjoining Defendants, their officers, agents and employees, and all persons acting in concert or participation with them from copying, reproducing, distributing, publishing, electronically transmitting, or otherwise commercially exploiting the Plaintiff's original copyrighted work, *I'm Free*, and any infringing derivative work thereof without authorization from Plaintiff, or otherwise infringing Plaintiff's copyright in any manner, and from authorizing or causing others or permitting others withing their control to do so;

3) Attorney's fees and costs, pursuant to 17 U.S.C. § 505 or as the Court deems fit; and

4) Such further relief, in law and/or in equity, as the Court deems just and proper.

Respectfully submitted this 29th day of July 2025.

>    */s/ James L. Walker, Jr.*
> James Walker Jr.
> **J. Walker & Associates, LLC**
> Georgia Bar No. 260643
> The Walker Building
> 3421 Main Street Suite A
> Atlanta, GA 30337
> Telephone: (770) 847-7363
> jjwalker@walkerandassoc.com
> *Attorney for Plaintiff*

## **DEMAND FOR TRIAL BY JURY**

Plaintiff hereby requests a trial by jury on all issues as to which trial by jury is

permissible.

Respectfully submitted this 29th day of July 2025.

>    */s/ James L. Walker, Jr.*
> James Walker Jr.
> **J. Walker & Associates, LLC**
> Georgia Bar No. 260643
> The Walker Building
> 3421 Main Street Suite A
> Atlanta, GA 30337
> Telephone: (770) 847-7363
> jjwalker@walkerandassoc.com
> *Attorney for Plaintiff*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

This 29th day of July, 2025.

<div style="margin-left:40%">

*/s/ James L. Walker, Jr.*
James Walker Jr.
**J. Walker & Associates, LLC**
Georgia Bar No. 260643
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com
*Attorney for Plaintiff*

</div>